# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JARMOND SKIDMORE, SR.                                    CIVIL ACTION

VERSUS                                                  NO. 15-418-BAJ-EWD

CURTISS WRIGHT FLOW CONTROL, ET AL.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.   Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on February 23, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

1

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JARMOND SKIDMORE, SR.                              CIVIL ACTION

VERSUS                                            NO. 15-418-BAJ-EWD

CURTISS WRIGHT FLOW CONTROL, ET AL.

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed a Complaint (R. Doc. 1) and Motion For Leave To Proceed In Forma Pauperis (R. Doc. 2) on June 29, 2015. The Motion For Leave To Proceed In Forma Pauperis was denied on July 21, 2015 (R. Doc. 5). In denying that Motion, the court noted: "[a]ccording to plaintiff's financial affidavit, he is employed, earning $750 per week, had earned income of $85,000 and received $15,000 in income from other sources in the past 12 months, and has one dependent. Plaintiff has sufficient income to pay the full filing fee." (R. Doc. 5) The Ruling On Motion for Leave To Proceed In Forma Pauperis goes on to state: "Plaintiff shall have 14 days [to] pay the full filing fee. **Failure to do so may result in his Complaint being dismissed.**" *Id.* A review of the record establishes that plaintiff has not paid the filing fee associated with the Complaint.

### RECOMMENDATION

It is recommended that this matter be dismissed without prejudice for failure of the plaintiff to pay the filing fee.

Signed in Baton Rouge, Louisiana, on February 23, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

2