UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JARMOND SKIDMORE, SR.                                    CIVIL ACTION

VERSUS

CURTISS WRIGHT FLOW
CONTROL, ET AL.                                          NO.: 15-00418-BAJ-EWD

## RULING AND ORDER

The Magistrate Judge has issued a **Report and Recommendation (Doc. 8)** in this matter recommending dismissal of Jarmond Skidmore, Sr.'s ("Plaintiff") Complaint (Doc. 1) for failure to pay the full filing fee timely. No objection to the Magistrate Judge's Report and Recommendation has been filed and the deadline to do so has passed.

Having independently considered Plaintiff's **Motion to Proceed in Forma Pauperis (Doc. 2)** and the Magistrate Judge's Order denying the motion (Doc. 5), the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 8)** and **ADOPTS** it as the Court's opinion herein.[1]

---

[1] Specifically, the Court agrees that Plaintiff's financial affidavit indicates that he has sufficient income to pay the full filing fee.

1

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED WITH PREJUDICE** for failure of the Plaintiff to pay the full filing fee.

Baton Rouge, Louisiana, this 18th day of March, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**